**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION**

| | | |
|---|---|---|
| XIAMEN DAWEI TRADING CO. LTD., | § § § | |
| *Petitioner,* | § § | |
| | § | CASE NO. _____ |
| vs. | § § | |
| PWI INVESTMENT GROUP, INC. | § § | |
| *Respondent.* | § | |

**BUSINESS RECORDS DECLARATION**

I, Xiujuan Zhou, hereby declare as follows:

1. "My name is Xiujuan Zhou. I am over 18 years of age, of sound mind, and capable of making this declaration.

2. I am a Citizen of the People's Republic of China and Mandarin Chinese is my native language. I have had this Declaration, and all English-language documents attached to same, either read to me in Mandarin Chinese, or I have reviewed the written translations of same, and I confirm that the facts stated in this declaration and its attachments are within my personal knowledge and are true and correct. Therefore, I adopt this English version as my true and correct Declaration.

3. I am the Executive Director and Manager of Xiamen Dawei Trading Co., Ltd. ("XD Trade"). By virtue of my duties and responsibilities, I am familiar with the manner in which XD Trade's records are created and maintained.

4. In April 2023, XD Trade initiated an arbitration proceeding against PWI Investment Group, Inc. ("PWI") relating to certain contract(s) between these parties. Attached to this Declaration are 576 pages of documents from XD Trade's record of the

arbitration proceeding against PWI. *See* Exhibits 1 through 5, in Case No. SHG20230066, *Xiamen Dawei Trade Co. Ltd. v. PWI Investment Group, Inc.* (the "Arbitration"). Specifically:

a.  Exhibit 1A is a true and accurate copy of a 421-page document including the proof of delivery and original Notice of Arbitration, together with all attachments thereto, issued to PWI on or about April 24, 2023, by the China International Economic and Trade Arbitration Commission Shanghai Sub-Commission (the "CIETAC") and commencing the Arbitration.

b.  Exhibit 1B is a certified translation of 32 untranslated pages included within Exhibit 1A.

c.  Exhibit 2A is a true and accurate copy of an 11-page Notice of Arbitrator Appointment delivered to PWI by the CIETAC on July 14, 2023.

d.  Exhibit 2B is a certified translation of 4 untranslated pages included within Exhibit 2A.

e.  Exhibit 3A is a true and accurate copy of a 26-page Application to Amend Demand for Arbitration, together with Supplementary Evidence, delivered to PWI by the CIETAC on September 18, 2023.

f.  Exhibit 3B is a certified translation of 16 untranslated pages included within Exhibit 3A

g.  Exhibit 4 is a true and accurate copy of the three Notices of Extension delivered to PWI by the CIETAC on October 12, 2023; February 05, 2024; and February 09, 2024, respectively. This 23-page document includes the originals, together with their certified translations.

h.  Exhibit 5 is a true and accurate copy of the 43-page Notice of Arbitration Award and the Arbitration Award, together with its certified English translation, which was issued by the CIETAC on February 27, 2024, and delivered to PWI on February 29, 2024.

5.  These records are kept by XD Trade in the regular course of business, and it was the regular course of business of XD Trade for an employee or representative of same, with knowledge of the act, event, condition, or opinion that was recorded, to make or keep this record or to transmit the information to be included in this record. The records were made at or near the time of each act, event, condition, or opinion set forth. The records attached to this declaration are the originals or exact duplicates of the originals, accompanied by their certified translations where translations were not included within the originals, which were sent to or received from the CIETAC in connection with the Arbitration.

6.  I declare under criminal penalty of perjury that the foregoing is my true, correct, and accurate statement."

Execute on this __5th__ day of December, 2024.

_____
Xiujuan Zhou